[No. 21724–1–I. Division One. May 29, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES CORDELL GARRETT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–1–02456–0, James D. McCutcheon, Jr., J., entered January 21, 1988. *Affirmed* by unpublished opinion per Grosse, A.C.J., concurred in by Webster and Winsor, JJ.

[No. 21921–9–I. Division One. May 29, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. GLENN LEE SLEMMER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84–1–03179–1, Herbert M. Stephens, J., entered February 5, 1988. *Affirmed* by unpublished opinion per Baker, J., concurred in by Coleman, C.J., and Winsor, J.

[No. 9881–8–III. Division Three. May 29, 1990.]

VANCE D. McCARTY, *Respondent,* v. ROCKNE TIMM, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Spokane County, No. 83–2–00192–1, Fred L. Stewart, J., entered February 14, 1989. *Reversed* by unpublished opinion per Shields, J., concurred in by Green, A.C.J., and Munson, J.